IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

VS.  NO. 02-20026-Ma

HAMPTON POOLE,

    Defendant.

---

ORDER GRANTING MOTION FOR EXTENSION OF TIME
WITHIN WHICH TO FILE NOTICE OF APPEAL

---

Before the court is defendant's September 7, 2005, motion for additional time within which to file a notice of appeal of the amended judgment docketed on August 31, 2005. For good cause shown, the motion is granted. Defendant shall have to and including October 15, 2005, within which to file a notice of appeal.

It is so ORDERED this 19th day of September, 2005.

                        SAMUEL H. MAYS, JR.
                        UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 9-20-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 144 in case 2:02-CR-20026 was distributed by fax, mail, or direct printing on September 20, 2005 to the parties listed.

---

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT